

# HEIDEMAN
# NUDELMAN
# KALIK, PC

1146 19ᵀᴴ STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

March 8, 2006

*BY HAND*

Nancy Mayer-Whittington
Clerk, United States District Court
   for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

     RE:   Estate of Stephen B. Bland v. Islamic Republic of Iran,
             Civil Action No. 05-02124 (RCL)

Dear Ms. Mayer-Whittington:

     Per the provisions in 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office to "address[] and dispatch[]" the enclosed Summons, Complaint, Notice of Suit and administrative documents "to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, it would be the Ministry of Foreign Affairs of the Islamic Republic of Iran in Tehran, Iran. Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents with Iran. *See* 28 U.S.C. §1608 (a)(1) and (2).

     Enclosed are the two (2) summonses in this case addressed to (1) the Islamic Republic of Iran, Ministry of Foreign Affairs and (2) the Iranian Ministry of Information and Security. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy, one in English and one in Farsi, of the Complaint, Plaintiffs' Motion for Waiver of Local Rule 5.1(e), Notice of Suit, and the administrative documents (in English and Farsi).



**RECEIVED**
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

      We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for placement in the U.S. mail. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when service is made on the Ministry of Foreign Affairs of the Islamic Republic of Iran.

      If you have any questions, please feel free call me at the phone number listed above.

                                      Sincerely,

                                      Faye N. Eisen

Enclosures

G:\Clients\Marine Barracks\Pleadings\Drafts\Letter requesting foreign service under (a)(3).doc