UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF STEPHEN B. BLAND )
By and through its Administrator, )
RUTH ANN BLAND, et al, )
)
Plaintiffs )
)
v. ) Civil Action No. 05-02124 (RCL)
)
THE ISLAMIC REPUBLIC OF IRAN, et al, )
)
Defendants )

## NOTICE REQUESTING FOREIGN MAILING

TO: Clerk, United States District Court for the District of Columbia:

Per the provisions of 28 U.S.C. § 1608(a)(4), Plaintiffs hereby request the Clerk's Office to "send[] two copies of the summons and complaint and a notice of suit" as well as administrative documents and Plaintiff's Motion for Waiver of Local Rule 5.1(e), "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services", Edward A. Betancourt, so that the "Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." 28 U.S.C. § 1608(a)(4). In this matter, the foreign state is the Islamic Republic of Iran.

Service under §1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran, and Iran does not accept service through its Ministry of Foreign Affairs in Tehran, Iran. *See* 28 U.S.C. §1608 (a)(1), (a)(2) and (a)(3). Service of process has already been attempted by the Clerk of Court as required by § 1608(a)(3) and 30 days have since passed. *See* attached Letter of March March 8, 2006 and Copy of Postal Receipts for Registered Mail.

The defendants in this case are (1) the Islamic Republic of Iran, Ministry of Foreign Affairs, and (2) the Iranian Ministry of Information and Security. Attached are two copies for each defendant of the Summons, Complaint, Notice of Suit, Motion for Waiver of Local Rule 5.1(e), and administrative documents, as well as two copies of the translations of each document into Farsi, the official language of Iran. Also attached are two (2) certified checks for $735.00 each, payable to "U.S. Embassy Bern", as we understand that the United States does not maintain an embassy in Iran, and instead our request will be passed through the U.S. Embassy in Bern, Switzerland for transmittal to Iran.

Dated June 13, 2006                              Respectfully Submitted,

HEIDEMAN NUDELMAN
 & KALIK, P.C.
1146 19th Street, NW  Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Facsimile:  202-463-2999

By: _____
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik, (#462055)

PERLES LAW FIRM, P.C.
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
1146 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-955-3806



**HEIDEMAN**
**NUDELMAN**
**KALIK, PC**

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

March 8, 2006

*BY HAND*

Nancy Mayer-Whittington
Clerk, United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      RE:    Estate of Stephen B. Bland v. Islamic Republic of Iran,
              Civil Action No. 05-02124 (RCL)

Dear Ms. Mayer-Whittington:

    Per the provisions in 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office to "address[] and dispatch[]" the enclosed Summons, Complaint, Notice of Suit and administrative documents "to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, it would be the Ministry of Foreign Affairs of the Islamic Republic of Iran in Tehran, Iran. Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents with Iran. *See* 28 U.S.C. §1608 (a)(1) and (2).

    Enclosed are the two (2) summonses in this case addressed to (1) the Islamic Republic of Iran, Ministry of Foreign Affairs and (2) the Iranian Ministry of Information and Security. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy, one in English and one in Farsi, of the Complaint, Plaintiffs' Motion for Waiver of Local Rule 5.1(e), Notice of Suit, and the administrative documents (in English and Farsi).

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

       We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for placement in the U.S. mail. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when service is made on the Ministry of Foreign Affairs of the Islamic Republic of Iran.

       If you have any questions, please feel free call me at the phone number listed above.

                              Sincerely,

                              Faye N. Eisen

Enclosures

G:\Clients\Marine Barracks\Pleadings\Drafts\Letter requesting foreign service under (a)(3).doc

| Registered No. RB843315235US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $7.90 | Special Delivery $ | 0233 |
| Handling Charge $ $0.00 | Return Receipt $ $0.00 | 07 |
| Postage $ $20.10 | Restricted Delivery $ $0.00 | 03/20/2006 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |
| FROM | U.S. DISTRIC COURT FOR D.C. 333 CONSTITUTION AVENUE WASHINGTON, DC 20001 | |
| TO | ISLAMIC REPUBLIC OF IRAN MINISTRY OF FOREIGN AFFAIRES KHOMENI AVENUE, UNITED NATIONS STREET TEHRAN, IRAN | |

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)
RE: 05-2124 (RCL)

| Registered No. RB843315247US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $7.90 | Special Delivery $ | 0233 |
| Handling Charge $ $0.00 | Return Receipt $ $1.85 | 07 |
| Postage $ $20.10 | Restricted Delivery $ $0.00 | 03/20/2006 |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | |
| FROM | U.S. DISTRICT COURT FOR D.C. 333 CONSTITUTION AVENUE WASHINGTON, D.C. 20001 | |
| TO | THE IRANIAN MINISTRY OF INFORMATION AND SECURITY (MOIS) RASDARAN AVENUE, GOLESTAN YEKOM TEHRAN, IRAN | |

PS Form 3806, February 1995   Receipt for Registered Mail   (Customer Copy) (See Information on Reverse)
RE: 05-2124 (RCL)