IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ESTATE OF STEPHEN B. BLAND )
By and through its Administrator, )
RUTH ANN BLAND, et al, )
)
Plaintiffs )
)
v. ) Civil Action No. 05-02124 (RCL)
)
THE ISLAMIC REPUBLIC OF IRAN, et al, )
)
Defendants )

### NOTICE OF CERTIFIED MAILING, RETURN RECEIPT REQUESTED, PURSUANT TO 28 U.S.C. 1608(a)(4)

TO: Clerk, United States District Court for the District of Columbia:

Per the provisions of 28 U.S.C. § 1608(a)(4), Plaintiffs requested on June 13, 2006 that the Clerk's Office "send[] two copies of the summons and complaint and a notice of suit" as well as administrative documents and Plaintiff's Motion for Waiver of Local Rule 5.1(e), "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of

**RECEIVED**

JUN 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Columbia, to the attention of the Director of Special Consular Services", Edward A. Betancourt, so that the "Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." 28 U.S.C. § 1608(a)(4). In this matter, the foreign state is the Islamic Republic of Iran.

Attached are copies of the certified mailing receipts, demonstrating that the service packages prepared by the Clerk of the Court have been transmitted to the U.S. Postal Service for delivery to the Secretary of State.



Dated June 23, 2006

Respectfully Submitted,

HEIDEMAN NUDELMAN
 & KALIK, P.C.
1146 19th Street, NW  Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Facsimile:  202-463-2999

By: _____
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik, (#462055)

PERLES LAW FIRM, P.C.
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
1146 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax: 202-955-3806