# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF STEPHEN B. BLAND, et al.<br>Plaintiff(s),<br><br>vs.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.<br>Defendant(s). | Misc. Case No. 05-2124 (RCL) |

## NOTICE OF RETURN RECEIPT

The Clerk received the following domestic return receipt cards on June 28, 2006.

NANCY MAYER-WHITTINGTON

Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF STATE
EDWARD BETANCOURT, DIRECTOR
OFFICE OF POLICY REVIEW AND
INTERAGENCY LIAISON
OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVENUE, NW
FOURTH FLOOR
WASHINGTON, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  
B. Date of Delivery: 6/28/06  
C. Signature [signed]  
☐ Agent  
☐ Addressee  
D. Is delivery address different from item 1? ☐ Yes  
If YES, enter delivery address below: ☐ No

3. Service Type  
☐ Certified Mail ☐ Express Mail  
☐ Registered ☐ Return Receipt for Merchandise  
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0000 7772 4435

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT OF STATE
EDWARD BETANCOURT, DIRECTOR
OFFICE OF POLICY REVIEW AND
INTERAGENCY LIAISON
OVERSEAS CITIZENS SERVICES
2100 PENNSYLVANIA AVENUE, NW
FOURTH FLOOR
WASHINGTON, D.C. 20520

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  
B. Date of Delivery: 6/23/06  
C. Signature [signed]  
☐ Agent  
☐ Addressee  
D. Is delivery address different from item 1? ☐ Yes  
If YES, enter delivery address below: ☐ No

3. Service Type  
☐ Certified Mail ☐ Express Mail  
☒ Registered ☐ Return Receipt for Merchandise  
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 0860 0000 7772 4428

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952