

**United States Department of State**

*Washington, D.C. 20520*

October 5, 2006

Re: Estate of Stephen B. Bland, et al. v.
The Islamic Republic of Iran, et al., 1:05CV02124

Dear Ms. Mayer-Whittington:

    I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security as a defendants in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes numbers 1048-IE and 1049-IE, dated August 29, 2006.

    While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

    In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Ms. Nancy Mayer-Whittington
    United States District Court
        For the District of Columbia
            333 Constitution Avenue, N.W.
                Washington, D.C. 20001

**RECEIVED**

OCT 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Richard D. Heideman
Heideman Nudelman & Kalik, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036