# EXHIBIT A

# <u>Bland v. Islamic Republic of Iran</u>

# 05-2124 (RCL)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ESTATE OF STEPHEN B. BLAND<br>By and through its Administrator,<br>RUTH ANN BLAND, et al,<br><br>       Plaintiffs<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al,<br><br>       Defendants | Civil Action No. 05-02124 (RCL) |

### NOTICE REQUESTING FOREIGN MAILING

TO:  Clerk, United States District Court for the District of Columbia:

Per the provisions of 28 U.S.C. § 1608(a)(4), Plaintiffs hereby request the Clerk's Office to "send[] two copies of the summons and complaint and a notice of suit" as well as administrative documents and Plaintiff's Motion for Waiver of Local Rule 5.1(e), "together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services", Edward A. Betancourt, so that the "Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted." 28 U.S.C. § 1608(a)(4).  In this matter, the foreign state is the Islamic Republic of Iran.

Service under §1608(a)(4) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with Iran, and Iran does not accept service through its Ministry of Foreign Affairs in Tehran, Iran. *See* 28 U.S.C. §1608 (a)(1), (a)(2) and (a)(3). Service of process has already been attempted by the Clerk of Court as required by § 1608(a)(3) and 30 days have since passed. *See* attached Letter of March March 8, 2006 and Copy of Postal Receipts for Registered Mail.

The defendants in this case are (1) the Islamic Republic of Iran, Ministry of Foreign Affairs, and (2) the Iranian Ministry of Information and Security. Attached are two copies for each defendant of the Summons, Complaint, Notice of Suit, Motion for Waiver of Local Rule 5.1(e), and administrative documents, as well as two copies of the translations of each document into Farsi, the official language of Iran. Also attached are two (2) certified checks for $735.00 each, payable to "U.S. Embassy Bern", as we understand that the United States does not maintain an embassy in Iran, and instead our request will be passed through the U.S. Embassy in Bern, Switzerland for transmittal to Iran.

2

Dated June 13, 2006                          Respectfully Submitted,

                                             HEIDEMAN NUDELMAN
                                              & KALIK, P.C.
                                             1146 19th Street, NW  Fifth Floor
                                             Washington, DC  20036
                                             Telephone:  202-463-1818
                                             Facsimile:  202-463-2999

                                             By: _____
                                                 Richard D. Heideman (No. 377462)
                                                 Noel J. Nudelman (No. 449969)
                                                 Tracy Reichman Kalik, (#462055)

                                             PERLES LAW FIRM, P.C.
                                             Steven R. Perles (No. 326975)
                                             Edward MacAllister (No. 494558)
                                             1146 19th Street NW, Fifth Floor
                                             Washington, DC  20036
                                             Telephone: 202-955-9055
                                             Telefax: 202-955-3806

                                             3



1146 19ᵀᴴ STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX    202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

March 8, 2006

*BY HAND*

Nancy Mayer-Whittington
Clerk, United States District Court
    for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> RE:    Estate of Stephen B. Bland v. Islamic Republic of Iran,
>        Civil Action No. 05-02124 (RCL)

Dear Ms. Mayer-Whittington:

Per the provisions in 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office to "address[] and dispatch[]" the enclosed Summons, Complaint, Notice of Suit and administrative documents "to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, it would be the Ministry of Foreign Affairs of the Islamic Republic of Iran in Tehran, Iran. Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents with Iran. *See* 28 U.S.C. §1608 (a)(1) and (2).

Enclosed are the two (2) summonses in this case addressed to (1) the Islamic Republic of Iran, Ministry of Foreign Affairs and (2) the Iranian Ministry of Information and Security. Each summons is translated into Farsi, the official language of Iran. Also enclosed with each summons is a copy, one in English and one in Farsi, of the Complaint, Plaintiffs' Motion for Waiver of Local Rule 5.1(e), Notice of Suit, and the administrative documents (in English and Farsi).

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for placement in the U.S. mail. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when service is made on the Ministry of Foreign Affairs of the Islamic Republic of Iran.

If you have any questions, please feel free call me at the phone number listed above.

Sincerely,

Faye N. Eisen

Enclosures

G:\Clients\Marine Barracks\Pleadings\Drafts\Letter requesting foreign service under (a)(3).doc

2

Registered No. RB843192351US / 255 US          **Date Stamp**

| To Be Completed By Post Office | Reg. Fee $ $7.90 | Special Delivery $ | 0233 |
| | Handling $ $0.00 | Return $ $0.00 | 07 |
| | Charge | Receipt | |
| | Postage $ $20.10 | Restricted $ $0.00 | 03/20/2006 |
| | Received by | Delivery | |

Domestic Insurance
Is Limited To
$25,000; International
Indemnity Is Limited
(See Reverse)

Customer Must Declare
Full Value $          ☐ With Postal Insurance
                      ☐ Without Postal Insurance
$0.00

FROM  U.S. DISTRIC COURT FOR D.C.
      333 CONSTITUTION AVENUE
      WASHINGTON, DC 20001

TO    ISLAMIC REPUBLIC OF IRAN
      MINISTRY OF FOREIGN AFFAIRS
      KHOMENI AVENUE, UNITED NATIONS STREET
      TEHRAN, IRAN

PS Form **3806,**     **Receipt for Registered Mail**   *(Customer Copy)*
February 1995   RE: 0F-2124 (RCL)   *(See Information on Reverse)*

---

Registered No. RB843152547US / 247 US          **Date Stamp**

| To Be Completed By Post Office | Reg. Fee $ $7.90 | Special Delivery $ | 0233 |
| | Handling $ $0.00 | Return $ $1.85 | 07 |
| | Charge | Receipt | |
| | Postage $ $20.10 | Restricted $ $0.00 | 03/20/2006 |
| | Received by | Delivery | |

Domestic Insurance
Is Limited To
$25,000; International
Indemnity Is Limited
(See Reverse)

Customer Must Declare
Full Value $          ☐ With Postal Insurance
                      ☐ Without Postal Insurance
$0.00

FROM  U.S. DISTRICT COURT FOR D.C.
      333 CONSTITUTION AVENUE
      WASHINGTON, D.C. 20001

TO    THE IRANIAN MINISTRY OF INFORMATION
      AND SECURITY (MOIS)
      PASDARAN AVENUE, GOLESTAN YEKOM
      TEHRAN, IRAN

PS Form **3806,**     **Receipt for Registered Mail**   *(Customer Copy)*
February 1995   RE: 0F-2124 (RCL)   *(See Information on Reverse)*

# GROUP EXHIBIT B

# <u>Bland v. Islamic Republic of Iran</u>

# 05-2124 (RCL)



**United States Department of State**

*Washington, D.C. 20520*

October 5, 2006

**Re: Estate of Stephen B. Bland, et al. v.**
**The Islamic Republic of Iran, et al., 1:05CV02124**

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon the Islamic Republic of Iran and the Iranian Ministry of Information and Security as a defendants in the above mentioned lawsuit.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes numbers 1048-IE and 1049-IE, dated August 29, 2006.

While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. This includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Ms. Nancy Mayer-Whittington
    United States District Court
        For the District of Columbia
            333 Constitution Avenue, N.W.
                Washington, D.C. 20001

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc:     Richard D. Heideman
        Heideman Nudelman & Kalik, PC
        1146 19th Street, NW, 5th Floor
        Washington, DC 20036

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I, William W. WHITAKER, a consular officer at the Embassy of
the United States at Bern, Switzerland, certify that this is a
true copy of Embassy note number 15807 dated August 22, 2006,
which was transmitted to the Swiss Ministry of Foreign Affairs
on August 22, 2006 for further transmission to the American
Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)


_____William W. WHITAKER_____
(Typed name of Consular Officer)


Vice Consul of the United States of America
(Title of Consular Officer)


_____September 12, 2006_____
(Date)

*Embassy of the United States of America*

August 22, 2006

CONS NO.

15807

Federal Department of Foreign
Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign
Immunities Act (FSIA) – Case of The Estate of Stephen B. Bland, et al. v. The
Islamic Republic of Iran, et al., Case No. 1:05CV02124 (DDC)

REF:    ----

The Department of State has requested the delivery of the enclosed Summonses,
Complaints and Notices of Suit to the Ministry of Foreign Affairs of the Islamic
Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of
the case of The Estate of Stephen B. Bland, et al. v. Islamic Republic of Iran, et al.,
Case No. 1:05CV02124(DDC), which is pending in the Federal District Court for
the District of Columbia, in which the Islamic Republic of Iran and the Iranian
Ministry of Information and Security are defendants.

The Embassy herewith requests that the Swiss Ministry of Foreign Affairs transmit
the documents to the American Interests Section of the Swiss Embassy in Tehran.
The American Interests Section should transmit the Summonses, Complaints and
Notices of Suit to the Iranian Ministry of Foreign Affairs under the cover of separate
diplomatic notes utilizing the language provided in the enclosed instructions. There
are two defendants to be served in this case, the Islamic Republic of Iran and the
Iranian Ministry of Information and Security.

Transmittal should be done in a manner which enables the Embassy to confirm
delivery. The American Interests Section should execute the certification of the
diplomatic note, which will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed are the appropriate parts of a message the Embassy received from the Department of State as well as two sets each of the Summonses, Complaints and Notices of Suit for the Iranian Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of
the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

_____William W. WHIATKER_____
(Typed name of Consular Officer)

_____Vice Consul of the United States of America_____
(Title of Consular Officer)

_____September 12, 2006_____
(Date)



23911

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

DRINGEND
K.252.22 USA/IRAN 108-1

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die
Note CONS No. 15807 vom 22. August 2006 betr. die Übermittlung von Gerichtsakten im
Fall The Estate of Stephen B. Bland vs die Islamische Republik Iran, und beehrt sich, der
Botschaft der Vereinigten Staaten von Amerika in der Beilage folgende Unterlagen zuzu-
stellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in
Teheran zurückerhalten hat:

- **Gerichtsakten: Judicial Assistance: Service of process under the Foreign
  Sovereign Immunities Act - Case of The Estate of Stephen B. Bland, et al. v. The
  Islamic Republic of Iran, et al., Case No. 1:05CV02124(DDC)**
- **Noten Nr. 1048-IE und 1049-IE mit "Proof of Service" vom 29. August 2006, sowie
  die Beglaubigung der Unterschrift durch die Schweizerische Bundeskanzlei da-
  tiert vom 05. September 2006, (two defendants: Islamic Republic of Iran und Ira-
  nian Ministry of Information and Security).**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Noten Nr. 1048-IE
und 1049-IE mit Bestätigung des 'proof of service', resp. 'the evidence of delivery', **ohne
Kommentar seitens des iranischen Aussenministeriums am 29. August zurückerhal-
ten.**

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten
Hochachtung zu versichern.

Bern, den 05. September 2006



Beilagen erwähnt

An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note
No. 23911 dated September 5, 2006:

"The Federal Department of Foreign Affairs, referring to
Embassy's note No. 15807 of August 22, 2006 concerning the
transmission of the court documents in the case of The
Estate of Stephen B. Bland v. the Iranian Ministry of
Information and Security has the honor to submit to the
Embassy of the Untied States of America the following
enclosures received from the American Interests Section of
the Swiss Embassy in Tehran.

- **Court documents: Judicial Assistance: Service of Process
  Pursuant to the Foreign Sovereign Immunities Act (FSIA) –
  Case of The Estate of Stephen B. Bland, et al. v. the
  Islamic Republic of Iran; Case No. 1:04CV02124(DDC)**
- **Notes Nos. 1048-IE and 1049-IE with 'Proof of service'
  dated August 29, 2006 furnished with the authentication of
  signature made by the Swiss Federal Chancellery dated
  September 5, 2006 (two defendants: Islamic Republic of
  Iran and Iranian Ministry of Information and Security)**

The Interests Section received back the above mentioned
court documents and its notes Nos. 1048-IE and 1049-IE with
the 'Proof of service' and 'the evidence of delivery',
respectively, on August 29, 2006 from the Iranian Ministry
of Foreign Affairs with no comments.

Complimentary close.

Bern, September 5, 2006

Enclosures as stated

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )


I certify that the annexed document is executed by the genuine
signature and seal of the following named official who, in an
official capacity, is empowered by the laws of Switzerland to
execute that document.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.


_____Ruth EGGER_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____William W. WHITAKER_____
(Typed name of Consular Officer)


Vice Consul of the United States of America
(Title of Consular Officer)


_____September 21, 2006_____
(Date)



## EMBASSY OF SWITZERLAND

No. 1048-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit The Estate of Stephen B. Bland, et al. v. The Islamic Republic of Iran, et al, Case Number 1:05CV02124 which is pending in the Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – August 29, 2006  (Shahrivar 07, 1385))

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

I, Paolo Bezzola, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1048-IE dated August 29, 2006 and delivered to the Iranian Ministry of Foreign Affairs on August 29, 2006.



Paolo Bezzola
Deputy Head of Foreign Interests Section

Tehran – August 29 , 2006

<table>
<tbody>
<tr><td colspan="2" style="text-align:center"><strong>APOSTILLE</strong><br>(Convention de la Haye du 5 octobre 1961)</td></tr>
<tr><td colspan="2">1.  <strong>Country:</strong> SWISS CONFEDERATION<br><br><strong>This public document</strong></td></tr>
<tr><td colspan="2">2.  <strong>has been signed by</strong>    Paolo Bezzola</td></tr>
<tr><td colspan="2">3.  <strong>acting in the capacity of officers</strong></td></tr>
<tr><td colspan="2">4.  <strong>bears the seal/stamp of</strong><br><br><strong>Embassy of Switzerland US Interests Section Tehran</strong></td></tr>
<tr><td colspan="2" style="text-align:center"><strong>Certified</strong></td></tr>
<tr><td>5.  <strong>at</strong> Berne</td><td>6.    the 05 September 2006</td></tr>
<tr><td colspan="2">7.  <strong>by</strong>  Ruth Egger<br><strong>functionary of the Swiss federal Chancellery</strong></td></tr>
<tr><td colspan="2">8.  <strong>No</strong> .............. 09039</td></tr>
<tr><td>9.  <strong>Seal/stamp:</strong><br><br>Swiss federal Chancellery</td><td>10.  <strong>Signature:</strong><br><br><br>Ruth Egger</td></tr>
</tbody>
</table>



No. 1048-IE
USA 828.2-BEZ/SKN

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit The Estate of Stephen B. Bland, et al. v. The Islamic Republic of Iran, et al, Case Number 1:05CV02124 which is pending in the Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations



Tehran – August 29, 2006  (Shahrivar 07, 1385))

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

ترجمه غير رسمی

سفارت سوئيس

شماره ‐IE ١٠٤٨

سفارت سوئيس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ايران احترام" توجه آن وزارت محترم را به دعوی حقوقی اقامه شده تحت عنوان ماتزک استفن ب. بلاند و افراد ديگر عليه جمهوری اسلامی ايران و افراد ديگر که تحت پرونده شماره CV٠٢١٢٤ ١:٠٥ در دادگاه بخش فدرال ايالات متحده آمريکا برای بخش کلمبيا مفتوح ميباشد جلب مينمايد . جمهوری اسلامی ايران طرف خوانده در اين پرونده ميباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه بخش فدرال ايالات متحده بدينوسيله يک فقره احضاريه و شکواييه را ايفاد ميدارد . برابر مقررات فصل ٢٨ بخش ١٦٠٨ بند (الف) (٤) مجموعه قوانين ايالات متحده ، اين يادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ايران تلقی ميگردد .

طبق قوانين مربوطه ايالات متحده آمريکا ، در دعاوی حقوقی طرف خوانده بايد ظرف شصت روز از تاريخ ابلاغ احضاريه و شکواييه ، که در اين مورد تاريخ اين يادداشت ميباشد ، جوابيه و يا اظهاريه ديگری در پاسخ آن تسليم دارد ، در غير اينصورت امکان دارد بدون آنکه فرصت ارائه مدارک و يا دفاعيه از طرف خود را يافته باشد حکم نهايی عليه وی صادر گردد . عليهذا اين قسمت خواهشمند است احضاريه و شکواييه پيوست را جهت هرگونه اقدام لازم به منظور جلوگيری از صدور حکم غيابی ، به مقام ذی ربط دولت جمهوری اسلامی ايران ارسال دارند .

اين قسمت علاوه بر احضاريه و شکواييه فوق الاشعار يک فقره اعلاميه دادخواهی تهيه شده توسط شاکی دائر بر خلاصه ماهيت پرونده و مشتمل بر رونوشتی از مجموعه قوانين ايالات متحده آمريکا در خصوص دادخواست عليه دولتهای خارجی را به پيوست ايفاد ميدارد .

بدينوسيله اشعار ميدارد که طبق قوانين ايالات متحده آمريکا هر گونه دفاع مربوط به قلمرو قضايی و يا دفاع ديگری از جمله عنوان نمودن مصونيت مبنی بر حاکميت بايستی خطاب به دادگاهی صورت گيرد که موضوع در آن مفتوح ميباشد و از اين رو مشورت با يک مشاور حقوقی در ايالات متحده آمريکا توصيه ميگردد . در غير اينصورت سير کار پرونده آمريکا آماده گفتگو در مورد قوانين مربوطه ميباشد . دولت ايالات متحده آمريکا از طرفين اين پرونده نبوده و نماينده هيچ يک از طرفين نخواهد بود .

سفارت سوئيس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ايران تجديد مينمايد .

تهران ، بتاريخ هفتم شهريور ماه ١٣٨٥ (٢٩ اوت ٢٠٠٦ )

پيوست : ١- احضاريه ، شکواييه ، اعلاميه دادخواهی
٢- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ايران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland         )
Bern, Canton of Bern                 )  SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine
signature and seal of the following named official who, in an
official capacity, is empowered by the laws of Switzerland to
execute that document.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.

_____Ruth EGGER_____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____William W. WHITAKER_____
(Typed name of Consular Officer)

Vice Consul of the United States of America
(Title of Consular Officer)

_____September 21, 2006_____
(Date)



## EMBASSY OF SWITZERLAND

No. 1049-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit The Estate of Stephen B. Bland, et al. v. The Islamic Republic of Iran, et al, Case Number 1:05CV02124 which is pending in the Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – August 29, 2006  (Shahrivar 07, 1385))

**Ministry of Foreign Affairs of the**
**Islamic Republic of Iran**
**Tehran**

I, Paolo Bezzola, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1049-IE dated August 29, 2006 and delivered to the Iranian Ministry of Foreign Affairs on August 29, 2006.



Paolo Bezzola
Deputy Head of Foreign Interests Section

Tehran – August 29 , 2006

---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country:  SWISS CONFEDERATION

   This public document

2. has been signed by    Paolo Bezzola

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   **Certified**

5. at Berne                6.         the 05 September 2006

7. by Ruth Egger

   functionary of the Swiss federal Chancellery

8. No ...... 09038

9. Seal/stamp:                    10. Signature:

   

   Swiss federal Chancellery

   
   Ruth Egger

No. 1049-IE
USA 828.2-BEZ/SKN

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit The Estate of Stephen B. Bland, et al. v. The Islamic Republic of Iran, et al,  Case Number 1:05CV02124 which is pending in the Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – August 29, 2006  (Shahrivar 07, 1385))

Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

ترجمه غیر رسمی

سفارت سوئیس

شماره IE- ۱۰۴۹

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به دعوای حقوقی اقامه شده تحت عنوان ماترک استفن ب. بلاند و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر که تحت پرونده شماره ۱:۰۵ CV۰۲۱۲۴ در دادگاه بخش فدرال ایالات متحده آمریکا برای بخش کلمبیا مفتوح میباشد جلب مینماید .وزارت اطلاعات و امنیت جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه بخش فدرال ایالات متحده بدینوسیله یک فقره احضاریه و شکواییه را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

طبق قوانین مربوطه ایالات متحده آمریکا ، در دعاوی حقوقی طرف خوانده باید ظرف شصت روز از تاریخ ابلاغ احضاریه و شکواییه ، که در این مورد تاریخ این یادداشت میباشد ، جوابیه و یا اظهاریه دیگری در پاسخ آن تسلیم دارد ، در غیر اینصورت امکان دارد بدون آنکه فرصت ارائه مدارک و یا دفاعیه از طرف خود را یافته باشد حکم نهایی علیه وی صادر گردد . علیهذا این قسمت خواهشمند است احضاریه و شکواییه پیوست را جهت هرگونه اقدام لازم به منظور جلوگیری از صدور حکم غیابی ، به مقام ذی ربط دولت جمهوری اسلامی ایران ارسال دارند .

این قسمت علاوه بر احضاریه و شکواییه فوق الاشعار یک فقره اعلامیه دادخواهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد میدارد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ هفتم شهریور ماه ۱۳۸۵ (۲۹ اوت ۲۰۰۶ )

پیوست : ۱- احضاریه ، شکواییه ، اعلامیه دادخواهی
۲- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران



## EMBASSY OF SWITZERLAND

No. 1049-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit The Estate of Stephen B. Bland, et al. v. The Islamic Republic of Iran, et al,  Case Number 1:05CV02124 which is pending in the Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – August 29, 2006  (Shahrivar 07, 1385))

**Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran**

No. 1049-IE

The Embassy of Switzerland, Foreign Interests Section, in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit The Estate of Stephen B. Bland, et al. v. The Islamic Republic of Iran, et al,  Case Number 1:05CV02124 which is pending in the Federal District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – August 29, 2006  (Shahrivar 07, 1385))

**Ministry of Foreign Affairs of the**
**Islamic Republic of Iran**
**Tehran**

ترجمه غیر رسمی

سفارت سوئیس

شماره ‐IE‐ ۱۰۴۹

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراماً" توجه آن وزارت محترم را به دعوی حقوقی اقامه شده تحت عنوان ماترک استفن ب. بلاند و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر که تحت پرونده شماره ۱:۰۵ CV‐۰۲۱۲۴ در دادگاه بخش فدرال ایالات متحده آمریکا برای بخش کلمبیا مفتوح میباشد جلب مینماید .وزارت اطلاعات و امنیت جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست دادگاه بخش فدرال ایالات متحده بدینوسیله یک فقره احضاریه و شکواییه را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

طبق قوانین مربوطه ایالات متحده آمریکا ، در دعاوی حقوقی طرف خوانده باید ظرف شصت روز از تاریخ ابلاغ احضاریه و شکواییه ، که در این مورد تاریخ این یادداشت میباشد ، جوابیه و یا اظهاریه دیگری در پاسخ آن تسلیم دارد ، در غیر اینصورت امکان دارد بدون آنکه فرصت ارائه مدارک و یا دفاعیه از طرف خود را یافته باشد حکم نهایی علیه وی صادر گردد . علیهذا این قسمت خواهشمند است احضاریه و شکواییه پیوست را جهت هرگونه اقدام لازم به منظور جلوگیری از صدور حکم غیابی ، به مقام ذی ربط دولت جمهوری اسلامی ایران ارسال دارند .

این قسمت علاوه بر احضاریه و شکواییه فوق الاشعار یک فقره اعلامیه دادخواهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را با پیوست ایفاد میدارد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ هفتم شهریور ماه ۱۳۸۵ (۲۹ اوت ۲۰۰۶ )

پیوست : ۱‐ احضاریه ، شکواییه ، اعلامیه دادخواهی
۲‐ ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران

ترجمه غیر رسمی

سفارت سوئیس

شماره ‐IE ‐ ۱۰۴۹

سفارت سوئیس ، قسمت حافظ منافع خارجی ، در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احترام" توجه آن وزارت محترم را به دعوی حقوقی اقامه شده تحت عنوان ماترک استفن ب. بلاند و افراد دیگر علیه جمهوری اسلامی ایران و افراد دیگر که تحت پرونده شماره CV۰۲۱۲۴ ۱:۰۵ در دادگاه بخش فدرال ایالات متحده آمریکا برای بخش کلمبیا مفتوح میباشد جلب مینماید .وزارت اطلاعات و امنیت جمهوری اسلامی ایران طرف خوانده در این پرونده میباشد . قسمت حافظ منافع خارجی بنا به درخواست  دادگاه بخش فدرال ایالات متحده بدینوسیله یک فقره احضاریه و شکوائیه را ایفاد میدارد . برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف) (٤) مجموعه قوانین ایالات متحده ، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی میگردد .

طبق قوانین مربوطه ایالات متحده آمریکا ، در دعاوی حقوقی طرف خوانده باید ظرف شصت  روز از تاریخ ابلاغ احضاریه و شکوائیه ، که در این مورد تاریخ این یادداشت میباشد ، جوابیه و یا اظهاریه دیگری در پاسخ آن تسلیم دارد ، در غیر اینصورت امکان دارد بدون آنکه فرصت ارائه مدارک و یا دفاعیه از طرف خود را یافته باشد حکم نهایی علیه وی صادر گردد  . علیهذا این قسمت خواهشمند است احضاریه و شکوائیه پیوست را جهت هرگونه اقدام لازم به منظور جلوگیری از صدور حکم غیابی ، به مقام ذی ربط دولت جمهوری اسلامی ایران ارسال دارند .

این قسمت علاوه بر احضاریه و شکوائیه فوق الاشعار یک فقره اعلامیه دادخواهی تهیه شده توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی را به پیوست ایفاد میدارد .

بدینوسیله اشعار میدارد که طبق قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضایی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح میباشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه میگردد . در غیر اینصورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد ادامه پیدا خواهد کرد . وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو در مورد قوانین  مربوطه میباشد . دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود .

سفارت سوئیس ، قسمت حافظ منافع خارجی ، موقع را مغتنم شمرده احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید مینماید .

تهران ، بتاریخ  هفتم شهریور ماه ۱۳۸۵ (۲۹ اوت  ۲۰۰۶ )

پیوست : ۱- احضاریه ، شکوائیه ، اعلامیه دادخواهی
۲- ترجمه ها

وزارت امور خارجه جمهوری اسلامی ایران
تهران