UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE ESTATE OF STEPHEN B. BLAND<br>By and through its Administrator,<br>RUTH ANN BLAND, et al,<br><br>        Plaintiffs<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-02124 (RCL) |

NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of Tracy Reichman Kalik as additional counsel for the Plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated:  November 2, 2006          Respectfully Submitted,

                                           HEIDEMAN NUDELMAN
                                             & KALIK P.C.
                                          1146 19th Street, 5th Floor
                                          Washington, DC  20036
                                          Telephone:  202-463-1818
                                          Telefax:  202-463-2999

                                          By:__/s/ *Tracy Reichman Kalik*_____
                                              Richard D. Heideman (No. 377462)
                                              Noel J. Nudelman (No. 449969)
                                              Tracy Reichman Kalik (No. 462055)