IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ESTATE OF STEPHEN B. BLAND<br>By and through its Administrator,<br>RUTH ANN BLAND, et al,<br><br>        Plaintiffs<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, et al,<br><br>        Defendants | Civil Action No. 05-02124 (RCL) |

## **ORDER**

This matter having come before the Court on Plaintiffs' Motion With Points and Authorities to Take Judicial Notice of This Court's May 30, 2003 Findings of Fact and Conclusions of Law in Related Cases, and the Court having been sufficiently advised, the Court hereby takes judicial notice of the findings of fact and conclusions of law contained in the Memorandum Opinion filed by this Court in the consolidated cases of *Peterson, et al. v. Islamic Republic of Iran, et al.*, Civ. No. 01-02094 (RCL) (D.D.C.) and *Boulos, et al. v. Islamic Republic of Iran et al.,* Civ. No. 01-02684 (RCL) (D.D.C). It is hereby

ORDERED that Judgment be, and hereby is, entered on behalf of the Plaintiffs The Estate of Stephen B. Bland, by and through its Administrator, Ruth Ann Bland, *et al.*, as to all issues of liability against the Defendants, The Islamic Republic of Iran and the Iranian Ministry of Information and Security. It is further

ORDERED that all claims for damages in this action be submitted to Special Masters to be appointed by the Court. It is further

2

ORDERED that, following receipt of reports from Special Masters, and in consideration of the findings and evidence presented in those proceedings, the Court will enter judgment as to each claim for compensatory damages.

SO ORDERED.


Dated: _____          _____
                                         Royce C. Lamberth
                                         United States District Judge