UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF STEPHEN B. BLAND by and through its Administrator, RUTH ANN BLAND, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-2124 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Today, December 6, 2006, in the matter of *Peterson v. Islamic Republic of Iran* (01-cv-2094), this Court granted an Order appointing Alan Balaran, Esq., as Special Master of this Court to consider all issues regarding compensatory damages arising out of that case and all related cases arising as a result of the attack on the Marine barracks in Beirut, Lebanon on October 23, 1983.

Because *Peterson* and the above-captioned matter are related, the Court hereby ADOPTS the aforementioned Order appointing Alan Balaran, Esq. as Special Master, and

ORDERS that Alan Balaran, Esq., is hereby appointed as Special Master of this Court to consider all issues regarding compensatory damages in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 6, 2006.