# Exhibit B

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

Francis Gates, et al.          :
                               :
          Plaintiffs,          :
                               :
v.                             :CIVIL ACTION NO.: 06CV-01500 (RMC)
                               :
Syrian Arab Republic, et al.   :
                               :
          Defendants           :
                               :
...............................:

# **ORDER**

Upon consideration of Plaintiffs' Motion for Leave to Proceed under Pub. Law. 110-181, Section 1083 and to Order that Further Service Pursuant to Fed. R. Civ. P. 5(A) is not Required, it is this 27th day of Feb, 2008,

**it is hereby ORDERED**, Plaintiffs' case shall proceed under 28 U.S.C. § 1605A as created by Pub. Law. 110-181, Section 1083;

**and it is further ordered** that the filing of an amended complaint is not required and that further service under Fed. R. Civ. P. 5(a)(2) is not required.

_____
Rosemary M. Collyer
**United States District Judge**

**Copies to:**

**Counsel for Plaintiffs**

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:     202-955-3806


Roy Barnes (GA Bar #039000)
John Salter (GA Bar #623325)
The Barnes Law Group
P.O. Box 489
Marietta, Georgia 30061
Telephone:     770-419-8505
Telefax:         770-590-8958

Gaeton L. Drexinger (GA Bar # 230310)
Gaeton L. Drexinger, P.C.
145 Church Street, Suite 101
Marietta, GA 30060
Telephone:   770-419-0445
Telefax:       770-424-1408

**Defendants are in default**