IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE ESTATE OF STEPHEN B. BLAND By and through its Administrator, RUTH ANN BLAND, et al, | ) ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civil Action No. 05-02124 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, et al, | ) ) ) | |
| Defendants | ) ) | |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Leave to Proceed Under Newly Enacted Pub. Law. 110-181, Section 1083 and for an Order that Further Service Pursuant to Fed. R. Civ. P. 5(A) is not Required, and the Court having been sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' Motion is GRANTED. Plaintiffs are granted leave to proceed under 28 U.S.C. § 1605A. Plaintiffs are entitled to relief pursuant to the federal cause of action created by 28 U.S.C. §1605A(c), and to punitive damages as the Court may determine in accordance with the substituted statute when it enters its Order of Judgment as to Plaintiffs' damages.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiffs are neither required to file an Amended Complaint, nor are they required to re-serve the Complaint herein, as the Complaint as originally filed gave notice to the Defendants of Plaintiffs assertion that there was a federal cause of action and that they were seeking an

award of punitive damages. Further, service upon the Defendants shall not be required until such time as the Court has entered a final judgment herein, at which time said final judgment shall be served in accordance with 28 U.S.C. § 1608(e).

      IT IS SO ORDERED on this the _____ day of March, 2008.

 

_____
Royce C. Lamberth
United States District Judge