UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ESTATE OF STEVEN BLAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 05-cv-2124 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs and against all defendants;

it is furthermore

ORDERED that plaintiffs are awarded $277,805,908 in compensatory damages and

$955,652,324 in punitive damages, for a total award of $1,233,458,232 to be distributed as

follows:

| Plaintiff Name | Pain and Suffering | Economic Loss | Solatium | Punitive |
|---|---|---|---|---|
| Alan C. Anderson | $1,500,000 | $1,581,213 | $0 | $10,599,373 |
| Thelma Anderson | $0 | $0 | $1,000,000 | $3,440,000 |
| Estate of Stephen B. Bland | $0 | $1,370,701 | $0 | $4,715,211 |
| Estate of Frank Bland | $0 | $0 | $2,500,000 | $8,600,000 |
| James Bland | $0 | $0 | $2,500,000 | $8,600,000 |
| Ruth Ann Bland | $0 | $0 | $8,000,000 | $27,520,000 |
| Estate of Laura V. Copeland | $0 | $0 | $2,500,000 | $8,600,000 |
| Ronald Duplanty | $5,000,000 | $1,964,071 | $0 | $23,956,404 |
| Estate of Sean F. Estler | $0 | $714,272 | $0 | $2,457,096 |
| Keith Estler | $0 | $0 | $2,500,000 | $8,600,000 |
| Mary Ellen Estler | $0 | $0 | $5,000,000 | $17,200,000 |
| Louis C. Estler, Jr. | $0 | $0 | $5,000,000 | $17,200,000 |
| Estate of Benjamin E. Fuller | $0 | $572,872 | $0 | $1,970,680 |

| | | | | |
|---|---:|---:|---:|---:|
| Elaine Allen | $0 | $0 | $2,500,000 | $8,600,000 |
| Ernest C. Fuller | $0 | $0 | $5,000,000 | $17,200,000 |
| John Gibson | $8,000,000 | $1,647,440 | $0 | $33,187,194 |
| Holly Gibson | $0 | $0 | $0 | $0 |
| Maurice Gibson | $0 | $0 | $1,250,000 | $4,300,000 |
| Estate of Michael Hastings | $0 | $1,465,641 | $0 | $5,041,805 |
| Joyce Hastings | $0 | $0 | $5,000,000 | $17,200,000 |
| Estate of Paul Hein | $0 | $1,465,470 | $0 | $5,041,217 |
| Christopher Hein | $0 | $0 | $3,000,000 | $10,320,000 |
| Jo Ann Hein | $0 | $0 | $8,000,000 | $27,520,000 |
| Karen Hein | $0 | $0 | $3,000,000 | $10,320,000 |
| Victor Hein | $0 | $0 | $2,500,000 | $8,600,000 |
| Jacqueline M. Kuncyz | $0 | $0 | $2,500,000 | $8,600,000 |
| Estate of John Hendrickson | $1,500,000 | $0 | $0 | $5,160,000 |
| John Hendrickson | $0 | $0 | $750,000 | $2,580,000 |
| Tyson Hendrickson | $0 | $0 | $750,000 | $2,580,000 |
| Deborah Ryan | $0 | $0 | $1,000,000 | $3,440,000 |
| Estate of Bruce Hollingshead | $0 | $2,047,300 | $0 | $7,042,712 |
| Melinda Hollingshead | $0 | $0 | $8,000,000 | $27,520,000 |
| Renard Manley | $4,000,000 | $226,651 | $0 | $14,539,679 |
| Estate of Michael R. Massman | $0 | $1,300,410 | $0 | $4,473,410 |
| Angela Massman | $0 | $0 | $3,000,000 | $10,320,000 |
| Kristopher Massman | $0 | $0 | $3,000,000 | $10,320,000 |
| Lydia Massman | $0 | $0 | $8,000,000 | $27,520,000 |
| Nicole Gomez | $0 | $0 | $3,000,000 | $10,320,000 |
| Patricia Lou Smith | $0 | $0 | $5,000,000 | $17,200,000 |
| Estate of Louis Melendez | $0 | $1,300,410 | $0 | $4,473,410 |
| Douglas J. Melendez | $0 | $0 | $2,500,000 | $8,600,000 |
| Johnny Melendez | $0 | $0 | $5,000,000 | $17,200,000 |
| Zaida Melendez | $0 | $0 | $5,000,000 | $17,200,000 |
| Johnny Melendez, Jr. | $0 | $0 | $2,500,000 | $8,600,000 |
| Estate of Michael D. Mercer | $0 | $1,300,655 | $0 | $4,474,253 |
| Sarah Mercer | $0 | $0 | $3,000,000 | $10,320,000 |
| Samuel Palmer | $4,500,000 | $400,747 | $0 | $16,858,570 |
| Robin Nicely | $0 | $0 | $1,250,000 | $4,300,000 |
| Estate of Juan Rodriguez | $0 | $2,329,484 | $0 | $8,013,425 |
| Louisa Puntonet | $0 | $0 | $8,000,000 | $27,520,000 |
| Robert Rucker | $2,000,000 | $0 | $0 | $6,880,000 |
| Estate of Billy San Pedro | $1,000,000 | $850,755 | $0 | $6,366,597 |

| | | | | |
|---|---:|---:|---:|---:|
| Cesar San Pedro | $0 | $0 | $2,500,000 | $8,600,000 |
| Guillermo San Pedro | $0 | $0 | $5,000,000 | $17,200,000 |
| Javier San Pedro | $0 | $0 | $2,500,000 | $8,600,000 |
| Sila San Pedro | $0 | $0 | $5,000,000 | $17,200,000 |
| Thurnell Shields | $5,000,000 | $200,640 | $0 | $17,890,202 |
| Emmanuel Simmons | $7,000,000 | $968,311 | $0 | $27,410,990 |
| Estate of James Surch | $0 | $1,143,488 | $0 | $3,933,599 |
| Will Surch | $0 | $0 | $2,500,000 | $8,600,000 |
| Patty Barnett | $0 | $0 | $2,500,000 | $8,600,000 |
| Bradley Ulich | $5,000,000 | $570,644 | $0 | $19,163,015 |
| Jeanette Dougherty | $0 | $0 | $1,250,000 | $4,300,000 |
| Marilyn Peterson | $0 | $0 | $2,500,000 | $8,600,000 |
| Estate of Eric Walker | $0 | $766,481 | $0 | $2,636,695 |
| Tena Walker-Jones | $0 | $0 | $2,500,000 | $8,600,000 |
| Ronald E. Walker | $2,000,000 | $1,427,096 | $0 | $11,789,210 |
| Ronnie Walker | $0 | $0 | $1,500,000 | $5,160,000 |
| Galen Weber | $2,000,000 | $536,550 | $0 | $8,725,732 |
| Estate of Obrian Weekes | $0 | $1,312,848 | $0 | $4,516,197 |
| Ianthe Weekes | $0 | $0 | $5,000,000 | $17,200,000 |
| Keith Weekes | $0 | $0 | $2,500,000 | $8,600,000 |
| Meta Weekes | $0 | $0 | $2,500,000 | $8,600,000 |
| Anson Edmond | $0 | $0 | $2,500,000 | $8,600,000 |
| Arnold Edmond | $0 | $0 | $2,500,000 | $8,600,000 |
| Hazel Edmond | $0 | $0 | $2,500,000 | $8,600,000 |
| Wendy Edmond | $0 | $0 | $2,500,000 | $8,600,000 |
| Estate of Dennis L. West | $0 | $1,373,424 | $0 | $4,724,579 |
| Kathy West | $0 | $0 | $8,000,000 | $27,520,000 |
| Estate of John Weyl | $0 | $1,218,334 | $0 | $4,191,069 |
| Sharon Rowan | $0 | $0 | $8,000,000 | $27,520,000 |
| Kelly Bachlor | $0 | $0 | $3,000,000 | $10,320,000 |
| Robin Brock | $0 | $0 | $3,000,000 | $10,320,000 |
| Morgan W. Rowan | $0 | $0 | $3,000,000 | $10,320,000 |
| Nelson Weyl | $0 | $0 | $5,000,000 | $17,200,000 |
| Totals: | $48,500,000 | $30,055,908 | $199,250,000 | $955,652,324 |

ORDERED that defendants shall be liable, jointly and severally, for the entire $1,233,458,232 amount; it is furthermore

ORDERED that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order.  *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on December 21, 2011.