UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF STEVEN BLAND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 05-cv-2124 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER FOR PAYMENT OF SPECIAL MASTER**

The Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. §§ 1330, 1602 *et seq.*, provides that courts may appoint special masters to hear damages claims brought under the "state-sponsored terrorism" exception to the rule of sovereign immunity for foreign states, and that those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." *Id.* at § 1605A(e)(1)–(2). This provision ensures that special masters who have worked on cases brought under the § 1605A, unlike their predecessors working under the previous exception, formerly codified at 28 U.S.C. § 1605(a)(7), will be compensated for their invaluable assistance. *In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009) (noting that special masters' work "is extraordinarily tedious and time-consuming" and that "the new terrorism exception now provides that special masters should be reimbursed for their work").

The plaintiffs in this action obtained retroactive application of § 1605A when this Court granted leave to proceed under FSIA § 1605A on January 13, 2009. Order, Jan. 13, 2009, ECF No. 19. The Court appointed Alan L. Balaran as special master in this case on April 9, 2010.

Order Appointing Special Master, Apr. 9, 2010, ECF No. 27.  Mr. Balaran did not begin serving as a special master in the case prior to January 2009.  Therefore, no retroactivity issue exists because no work was performed prior to the enactment of National Defense Authorization Act for Fiscal Year 2008.  *See* Pub. L. No. 110-181, 122 Stat. 3 (Jan. 28, 2008).

Mr. Balaran, having completed his work in this case, has moved for payment, Motion for Payment to Special Master, July 17, 2012, ECF No. 80, and has provided a catalogued receipt of his work.  Voucher of Special Master at 1–2, ECF No. 80-1; Timesheet, ECF No. 80-2.  Upon review the Court determines that Mr. Balaran is entitled to reimbursement for work done in this case pursuant to the Court's specified plan, Amended Administrative Plan Governing Appointed Special Masters, Feb. 4, 2010, ECF No. 24-1, and is satisfied that the value of such reimbursement should be $132,000.

Finally, the FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending.  28 U.S.C. § 1605A(e)(2).  The Administrator of this District Court is the Clerk, Angela D. Caesar.

Accordingly, it is hereby

ORDERED that within 15 days of receipt of this Order, the U.S. Department of Justice Office for Victims of Crime ("OVC") shall transfer $132,000 to the Clerk through the Intra-Governmental Payment and Collections system; it is furthermore

ORDERED that after receipt of such funds, the Clerk shall promptly disburse them to Mr. Balaran at 1111 19th St., N.W., Washington, D.C., 20036; and it is furthermore

ORDERED that the Clerk shall immediately provide to OVC one copy of

1. this Order;

    2.    the Motion for Payment to Special Master, July 17, 2012, ECF No. 80, as well as the Voucher of Special Master, ECF No. 80-1, and the Timesheet, ECF No. 80-2 attached thereto;

    3.    the Order Appointing Special Master, Apr. 9, 2010, ECF No. 27; and

    4.    the Amended Administrative Plan Governing Appointed Special Masters, Feb. 4, 2010, ECF No. 24-1.

These copies should be sent to U.S. Department of Justice, Office for Victims of Crime, 810 Seventh Street NW., Eighth Floor, Washington, DC 20531 (Phone: 202-307-5983; Fax: 202-514-6383). Electronic copies of these documents should also be e-mailed to:

    Kris Brambila: Kristopher.A.Brambila@ojp.usdoj.gov (primary)

    Bob Cantrall: James.Cantrall@ojp.usdoj.gov (cc)

    Gena Bernhardt: Gena.Bernhardt@ojp.usdoj.gov (cc)

    Nicole McGrew: Nicole.McGrew@ojp.usdoj.gov (cc)

    Barbara (Bonnie) Robertson: Barbara.Robertson2@ojp.usdoj.gov (cc)

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 30, 2012.